```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0100--CR (RRB)
                      "USA V HOLLY MATSON"
                     DEF 1.1 MATSON, HOLLY

     Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  10/19/05
             Closed:  NO
 No. of Defendants:  1
     MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:  12/19/05
         Terminated:  NO
  Needs interpreter:  NO
   Counsel of record: Michael Keenan
                      POB 101657
                      Anchorage, AK 99510
                      907-274-1634
                      FAX 907-279-9216
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Retta-Rae Randall
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 MATSON, HOLLY

 Document           Count    Citation and Description                        Disposition
 ────────────────   ─────    ──────────────────────────────────────────      ───────────
     1 -   1 IND      1      18:500 THEFT OF POSTAL MONEY ORDERS (F)         Pending
```

```
Case 3:05-cr-00100-RRB    Document 13    Filed 10/19/2005    Page 2 of 2
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0100--CR (RRB)
"USA V HOLLY MATSON"

For all filing dates
```

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
Filed: 10/19/05
Closed: NO
No. of Defendants: 1

| Document # |   | Filed    | Docket text |
|------------|---|----------|-------------|
| 1 -        | 1 | 10/19/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 -        | 1 | 10/19/05 | [Re: DEF 1] JDR Grand Jury Minutes re: Indt secret; war of arrest to be iss; bail set @ $5,000.00 secured. |
| NOTE -     | 1 | 10/25/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 10/25/05 @ Port Heiden, AK. |
| 3 -        | 1 | 10/26/05 | DEF 1 Attorney Appearance of Michael J. Keenan. |
| 4 -        | 1 | 10/26/05 | [Re: DEF 1] Appearance bond; bond set at $5,000 unsecured. |
| 5 -        | 1 | 10/27/05 | [Re: DEF 1] JDR Order regarding preparation for trial; meet and confer by Oct. 31, 2005; pretrial motions due by Nov. 10, 2005.  cc: USA, M. Keenan |
| 6 -        | 1 | 10/27/05 | [Re: DEF 1] Order setting conditions of release.  cc: USA, M. Keenan, USM, USPO |
| 7 -        | 1 | 10/27/05 | [Re: DEF 1] JDR Cy of Order of Release. USA, M. Keenan, USPO, Original and 1 cy to USM |
| 8 -        | 1 | 10/27/05 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Argn on Indt (held 10/26/05); plea of not guilty to ct 1 of Indt; bond set $5,000 unsecured; ptms set 11/10/05.  cc: USA, M. Keenan, USM, USPO, Judge Beistline |
| 9 -        | 1 | 10/28/05 | [Re: DEF 1] RRB Minute Order setting trial by jury for 12/19/05 at 8:30 a.m. and Final PT Conf for 12/15/05 at 8:45 a.m. in Courtroom #2. cc: AUSA, M. KEENAN, USM, USPO, MJ ROBERTS, JC |
| 10 -       | 1 | 10/31/05 | [Re: DEF 1] Return of WOA executed on 10/25/05. |
| 11 -       | 1 | 11/23/05 | DEF 1 motion to continue jury trial w/att aff. |
| 12 -       | 1 | 11/23/05 | DEF 1 Notice that government cnsl does not oppose the motion to continue jury trial. |
| 13 -       | 1 | 11/29/05 | [Re: DEF 1] RRB Minute Order a hearing on def's unopposed motion continue trial is set for 12/6/05 at 8:30 a.m. in Courtroom #2.  cc: AUSA, M. Keenan, USM, USPO, MJ ROBERTS |