UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  MATSON  </u>

DATE:  <u>  January 25, 2006  </u>    CASE NO.  <u>  3:05-CR-0100 RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to judicial scheduling conflicts, the final pretrial conference scheduled in this matter for February 7, 2006, is **RESCHEDULED** and will now be held on **Monday, February 6, 2006, at 8:30 a.m.**, in Courtroom 2, Federal Courthouse, Anchorage, Alaska.

M.O. RESCHEDULING HEARING