RECEIVED
JAN 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Michael J. Keenan
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 274-1634

*Counsel for Holly Matson*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOLLY MATSON<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-100 CR (RRB)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO WITHDRAW AS ATTORNEY
### FOR THE DEFENDANT

COMES NOW the attorney for the Defendant, Michael J. Keenan, and moves this court for the entry of an order allowing him to withdraw as the attorney for the Defendant. This motion is based upon the affidavit of counsel.

MICHAEL J. KEENAN
ATTORNEY AT LAW
601 WEST 5TH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501
(907) 274-1634

47060v1

DATED at Anchorage, Alaska this 26 day of January 2006.

*/s/ Michael J. Keenan*
Michael J. Keenan
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Tel: (907) 274-1634
ABA No. 7405024

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26 day of January 2006, I caused a true and correct copy of the foregoing document to be served by **HAND-DELIVERY** on:

Office of the US Attorney
222 W. 7th Avenue #9 Room 253
Anchorage, Alaska 99513

*/s/ Michael J. Keenan*
Michael J. Keenan

MOTION TO WITHDRAW AS ATTORNEY FOR THE DEFENDANT
*United States of America v Holly Matson*
Case No. 05-100 CV (RRB)
Page 2 of 2
47060v1

MICHAEL J. KEENAN
ATTORNEY AT LAW
601 WEST 5TH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501
(907) 274-1634