RECEIVED
JAN 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Michael J. Keenan
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 274-1634

*Counsel for Holly Matson*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLY MATSON<br><br>Defendant. | Case No. 05-100 CR (RRB) |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, Michael J. Keenan, being first duly sworn, deposes and say:

1.   I am the attorney for the Defendant.

47061v1

2.  In reviewing the discovery recently provided by the Government I found the existence of a conflict which prevents me from continuing to represent the Defendant.

3.  In the even this court requires the disclosure of the particular nature of the conflict I would request either an *in camera* hearing or the filing of an *in camera* affidavit.

4.  I have discussed this with my client and she agrees that a conflict exists and that I am unable to represent her because of the conflict.

5.  For scheduling purposes, the undersigned will be out-of-state on January 30, 2006, and January 31, 2006, but will be available by telephone.

*Michael J. Keenan*
Michael J. Keenan

SUBSCRIBED AND SWORN TO before me this 26th day of January 2006.



Notary Public in and for Alaska
My Commission Expires: 11·17·09

MICHAEL J. KEENAN
ATTORNEY AT LAW
601 WEST 5TH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501
(907) 274-1634

AFFIDAVIT OF COUNSEL
*United States of America v Holly Matson*
Case No. 05-100 CV (RRB)
Page 2 of 3
47061v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the _26_ day of January 2006, I caused a true and correct copy of the foregoing document to be served by **HAND-DELIVERY** on:

    Office of the US Attorney
    222 W. 7th Avenue #9 Room 253
    Anchorage, Alaska 99513

_/s/ Michael J. Keenan_
Michael J. Keenan

MICHAEL J. KEENAN
ATTORNEY AT LAW
601 WEST 5TH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501
(907) 274-1634

AFFIDAVIT OF COUNSEL
*United States of America v Holly Matson*
Case No. 05-100 CV (RRB)
Page 3 of 3
47061v1