# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. MATSON, Holly

Case No. *3:05-cr-00100-RRB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE:  Motion to Withdraw as Attorney, Docket No. 16

Retained counsel for defendant Michael Keenan shall file pursuant to Paragraph No. 3 of his Affidavit of Counsel in Support of his Motion, the nature of his conflict for **in camera review** by the court by close of business this date, January 26, 2006.  An **ex parte** hearing on the Motion to Withdraw as Counsel is hereby set for **Friday, January 27, 2006 at 10:00 a.m.**  Defendant shall be present for this hearing.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 26, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00100-RRB-JDR MATSON @16 MO Setting Ex Parte Hearing.wpd