DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-100-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF LODGING |
| vs. | ) | |
| | ) | |
| HOLLY MATSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **filed on shortened time** |

In response to defendant's affidavit in support of motion to withdraw as attorney for the defendant, the government lodges with the Court proof that discovery was provided in a timely fashion to the defendant: specifically, October 28th, November 21st, and December 9th, 2005.

The government takes no postition as to the motion to withdraw.

RESPECTFULLY SUBMITTED this 26th day of January, 2006 at

Anchorage, Alaska

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Retta-Rae Randall
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, Rm 253
        Anchorage, Alaska  99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        Email:rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2005,
a copy of the foregoing was served
via fax on Michael Keenan

s/ Retta-Rae Randall