

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

2005 NOV -2 AM 11: 09

RECEIVED
US ATTORNEY OFFICE

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*

*Commercial: (907) 271-5071*
*Fax Number: (907) 271-1500*

October 28, 2005

SENT VIA FAX TO: 274-1635

Michael J. Keenan
601 W. 5th Avenue, Suite 700
Anchorage, AK 99501

Re:   United States v. Holly Matson
      A05-100 CR (RRB)

Dear Mr. Keenan:

  Discovery materials have been copied and placed at our front desk for pickup. The materials consist of documents numbered 0000000001-0000000640. The first 100 pages of copied documents are cost-free and the charge thereafter is 25 cents per page. There is no service charge for copying the audio and video tapes when we copy them in-house but we do require that you bring in replacement tapes.

  Before we will release these materials, you will need to provide us with a check made payable to the United States Department of Justice in the amount of $135.00 (540 pgs @ .25 per page).

  If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

TIMOTHY M. BURGESS
United States Attorney

K Joy McCulloch

Legal Assistant for
RETTA-RAE RANDALL
Assistant U.S. Attorney

TMB/RRR:kjm

RECEIVED BY: /s/ McKenna    DATE 11/2/05

```
                ** TX STATUS REPORT **           AS OF  NOV 21 2005 12:19   PAGE.01


        DATE   TIME       TO/FROM          MODE   MIN/SEC   PGS    JOB#   STATUS
    19  11/21  12:19      19072741635 EC--S       00'07"    001    050    OK
```



**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*     Commercial: (907) 271-5071
*Anchorage, Alaska 99513-7567*          Fax Number: (907) 271-1500

November 21, 2005                       SENT VIA FAX TO: 274-1635

Michael J. Keenan
601 W. 5th Avenue, Suite 700
Anchorage, AK 99501

Re:   United States v. Holly Matson
      A05-100 CR (RRB)

Dear Mr. Keenan:

    Discovery materials have been copied and placed at our front desk for pickup. The materials consist of documents numbered 0000000641-0000001044. The first 100 pages of copied documents are cost-free and the charge thereafter is 25 cents per page. There is no service charge for copying the audio and video tapes when we copy them in-house but we do require that you bring in replacement tapes.

    Before we will release these materials, you will need to provide us with a check made payable to the United States Department of Justice in the amount of $100.75 (403 pgs @ .25 per page).

    If you have any questions, please do not hesitate to call me at 271-5071.

                                Very truly yours,

                                TIMOTHY M. BURGESS
                                United States Attorney

                                Legal Assistant for
                                RETTA-RAE RANDALL
                                Assistant U.S. Attorney

TMB/RRR:kme

RECEIVED BY: _____   DATE _____

```
** TX STATUS REPORT **                        AS OF  DEC 09 2005 10:59   PAGE.01

                                    MODE   MIN/SEC   PGS   JOB#   STATUS
       DATE   TIME    TO/FROM
                      19072741635   EC--S  00'07"    001   121    OK
  16   12/09  10:59
```

**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

December 9, 2005

SENT VIA FAX TO: 274-1635

Michael J. Keenan
601 W. 5th Avenue, Suite 700
Anchorage, AK 99501

Re: <u>United States v. Holly Matson</u>
    A05-100 CR (RRB)

Dear Mr. Keenan:

    Discovery materials have been copied and placed at our front desk for pickup. The materials consist of documents numbered 0000001045-0000001048. The first 100 pages of copied documents are cost-free and the charge thereafter is 25 cents per page. There is no service charge for copying the audio and video tapes when we copy them in-house but we do require that you bring in replacement tapes.

    Before we will release these materials, you will need to provide us with a check made payable to the United States Department of Justice in the amount of $1.00 (4 pgs @ .25 per page).

    If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

TIMOTHY M. BURGESS
United States Attorney

*Kristen Eickstedt*
Legal Assistant for
RETTA-RAE RANDALL
Assistant U.S. Attorney

TMB/RRR:kme

RECEIVED BY: _____ DATE _____