Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>HOLLY MATSON,<br><br>           Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>NON-OPPOSED MOTION TO CONTINUE TRIAL,<br>*Filed on Shortened Time* |

Defendant, Holly Matson, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a three-month continuance of the trial. Trial is currently set for February 13, 2006. The new trial date would be in mid-May.

This motion is non-opposed by Assistant United States Attorney Retta-Rae Randall.

Additional time is necessary to provide effective assistance of counsel. Ms. Matson's previous counsel, Michael Keenan, withdrew from her case on January 27, 2006. Undersigned counsel has had the case less than a week. Discovery to date includes over 1,000 pages of business documents. On the face of the material, it appears

that there may be a need for expert accountant consultation. None of this work appears to have been done by previous counsel. In addition, previous counsel filed no pretrial motions. Undersigned counsel will need to review the case from the beginning, including potential pretrial motions.

DATED this 2nd day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on February 2, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni