UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:05-cr-100-RRB-JDR |
| vs. | |
| HOLLY MATSON, | PROPOSED ORDER CONTINUING TRIAL |
| Defendant. | |

After due consideration of defendant's Non-opposed Motion to Continue Trial, the motion is GRANTED.  Trial in this matter is rescheduled for _____, 2006.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge