UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>ORDER CONTINUING TRIAL |

After due consideration of defendant's Non-opposed Motion to Continue Trial, the motion is GRANTED. Trial in this matter is rescheduled for ~~2006.~~ A trial date setting conference is set for February 6, 2006 at 8:30 a.m.

DATED this 2 day of February, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　United States District Court Judge