Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HOLLY MATSON,<br><br>　　　　　　Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>UNOPPOSED MOTION ON SHORTENED TIME TO ALLOW DEFENDANT TO APPEAR TELEPHONICALLY FOR TRIAL SETTING CONFERENCE |

　　　　Defendant, Holly Matson, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for on shortened time to proceed with Ms. Matson's trial setting conference in the above-captioned matter, without the defendant's physical presence, but with her telephonic appearance.  Ms. Matson currently resides in Port Heiden, Alaska.  Therefore, she requests that she be allowed to waive her physical presence and participate telephonically at her trial setting conference scheduled for February 6, 2006, at 8:30 a.m., in Anchorage, Alaska.

This motion is made pursuant to Rule 43(c)(2) of the Federal Rules of Criminal Procedure and is unopposed by Special Assistant United States Attorney Retta-Rae Randall.

DATED this 2nd day of February, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on February 2, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni