UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOLLY MATSON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>PROPOSED<br>ORDER ALLOWING TELEPHONIC<br>PARTICIPATION IN TRIAL SETTING<br>CONFERENCE |

　　　　　After due consideration of defendant's Unopposed Motion on Shortened Time to Allow Defendant to Appear Telephonically for Trial Setting Conference, the motion is GRANTED. Defendant shall call into the court at (907) _____, at 8:30 a.m., on February 6, 2006.

　　　　　DATED this \_\_\_\_ day of February, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　United States District Court Judge