**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   GOLLY MATSON

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                           CASE NO.   3:05-CR-00100-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 2, 2006

    Defendant's Motion to Appear Telephonically at the Trial Setting Conference set for Monday, February 6, 2006 at 8:30 a.m. is GRANTED.  Ms. Matson shall participate by calling Meet-Me-Bridge "A" at (907) 677-6246.

[]{IA.WPD*Rev.12/96}