```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                        USA    v.   MATSON
DATE:   March 7, 2006    CASE NO.   3:05-CR-0100-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RESCHEDULING FINAL PRETRIAL CONFERENCE
```

      The final pretrial conference presently scheduled in this matter for May 1, 2006, is **rescheduled** and will be held on **Tuesday, May 2, 2006, at 8:30 a.m.**, in Courtroom 2.