UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>              Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>PROPOSED<br>ORDER ALLOWING TELEPHONIC<br>PARTICIPATION IN FINAL PRETRIAL<br>CONFERENCE |

      After due consideration of defendant's Motion on Shortened Time to Allow Defendant to Appear Telephonically for Final Pretrial Conference, the motion is GRANTED.  Defendant shall call into the court at (907) _____, at 8:30 a.m., on May 2, 2006.

      DATED this ____ day of _____, 2006, in Anchorage, Alaska.

                                                        _____
                                                                    Ralph R. Beistline
                                                         United States District Court Judge