UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>　　　　Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>~~PROPOSED~~<br>ORDER ALLOWING TELEPHONIC PARTICIPATION IN FINAL PRETRIAL CONFERENCE |

After due consideration of defendant's Motion on Shortened Time to Allow Defendant to Appear Telephonically for Final Pretrial Conference, the motion is GRANTED. Defendant shall call into the court at (907) 677-6246, at 8:30 a.m., on May 2, 2006.

DATED this 28 day of April, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　United States District Court Judge