DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-CR-100-RRB |
| )  Plaintiff, ) | |
| ) vs. ) | **UNITED STATES' PROPOSED** |
| ) | **JURY INSTRUCTIONS** |
| HOLLY MATSON, ) | |
| )  Defendant. ) | |
| _____ ) | |

    Plaintiff United States of America, by and through Deborah M. Smith, Acting

United States Attorney for the District of Alaska, and Retta-Rae Randall, Assistant

U.S. Attorney, requests that the Court instruct the jury in accordance with the

1

following list of jury instructions from the Ninth Circuit Manual of Model Jury Instructions, Criminal, (2003 Edition), unless otherwise indicated, and from the separate instructions attached hereto, as well as those, if any, to be submitted under separate cover:

**Preliminary Instructions:**

    1.1        Duty of Jury

    1.2        The Charge - Presumption of Innocence

    1.3        What Is Evidence

    1.4        What is Not Evidence

    1.5        Evidence for Limited Purpose

    1.6        Direct and Circumstantial Evidence

    1.7        Ruling on Objections

    1.8        Credibility of Witnesses

    1.9        Conduct of the Jury

    1.10       No Transcript Available to Jury

    1.11       Taking Notes

    1.12       Outline of Trial

**Instructions In The Course Of Trial:**

    2.1        Cautionary Instruction - First Recess

2.2         Bench Conferences and Recesses

2.10        Other Crimes, Wrongs or Acts Evidence

**Instructions At End Of Case:**

3.1         Duties of Jury to Find Facts and Follow Law

3.2         Charge Against Defendant Not Evidence - Presumption of Innocence - Burden of Proof

3.3         Defendant's Decision Not to Testify

3.4         Defendant's Decision to Testify

3.5         Reasonable Doubt - Defined

3.6         What is Evidence

3.7         What is Not Evidence

3.8         Direct and Circumstantial Evidence

3.9         Credibility of Witnesses

3.10        Evidence of Other Acts of Defendants or Acts and Statements of Others

3.11        Activities Not Charged

**Considerations Of Particular Evidence**

4.1         Statements by Defendant

    4.3        Other Crimes, Wrongs or Acts of Defendant

    4.18       Summaries Not Received in Evidence

    4.19       Charts and Summaries in Evidence

**Responsibility:**

    5.6        Knowingly - Defined

**Jury Deliberations:**

    7.1        Duty to Deliberate

    7.2        Consideration of Evidence

    7.3        Use of Notes

    7.4        Jury Consideration of Punishment

    7.5        Verdict Form

    7.6        Communication with Court

**Specific Offense Instructions:**

    See Attached.

PLAINTIFF'S PROPOSED JURY INSTRUCTION #1

COURT'S INSTRUCTION NO. \_\_\_\_\_

The defendant is charged in Count I of the Indictment with theft of postal money orders in violation of Section 500 of Title 18 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt.

First, the defendant did steal and knowingly convert to her own use and to the use of another blank U.S. Postal Service Money Orders;

Second, the U.S. Postal Service Money Orders had been provided by and under the authority of the United States Postal Service.

Title 18 U.S.C. § 500

**U.S. v. Matson**                                                                                              **3:05-cr-0100-JWS**

5

RESPECTFULLY SUBMITTED this 1<u>st</u> day of May, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


 s/ Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006,
a copy of the foregoing  was served
electronically on Michael Dieni.

s/Retta-Rae Randall