DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-100-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>UNITED STATES'</u> |
| vs. | ) | <u>PROPOSED VOIR DIRE</u> |
| | ) | |
| HOLLY MATSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through its counsel of record, respectfully requests, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, that the Court ask the jury panel the following <u>voir dire</u> questions, in addition to the Court's regular <u>voir dire</u>:

## GOVERNMENTS' PROPOSED VOIR DIRE QUESTIONS

1. The defendant in this case is Holly Matson of Port Heiden, Alaska. She was employed by the United States Postal Service as the Contract Clerk at the Port Heiden Contract Post Office in Port Heiden, Alaska. Do you know, or are you acquainted with the defendant or any member of her family?

   a. If so, what is the nature of the relationship? Is it a close relationship?

   b. Would the relationship tend to make you feel sympathetic toward her? Would the relationship affect your ability to sit as a fair and impartial juror in this case?

2. The charge against the defendant involves the theft of postal money orders. Have any of you had an experience in this area that might influence your judgment, one way or the other. Have you heard anything about such a case occurring in the Port Heiden area?

3. Do you know or have any relationship with any of the attorneys representing either party in this case? If so, which attorney? What is the nature of that relationship?

4. Have you, a member of your family or close friends ever worked for a lawyer who practices in the area of criminal defense?

   a. Who is the lawyer?

   b. Would that relationship affect your ability to be open-minded and fair in this case?

 5. Witnesses who may be called to testify in this case, or persons who may be discussed during the trial, include (list to be provided the day of trial). Do any of you know or are you acquainted with any of these persons or any member of their families?

  If so:

   a. What is the nature of the relationship?

   b. Is it a close relationship?

   c. Is there anything about that relationship that would tend to make you evaluate testimony by that witness or about that person differently than testimony by or about someone you did not know?

   d. Would the relationship affect your ability to sit as a fair and impartial juror in this case?

 6. Have you, or a member of your family, or any friend, ever been the subject of any legal action or criminal prosecution?

   a. If so, what happened?

      b.      What was the disposition of the case?

      c.      If so, was there anything about that experience that might influence your ability to be open-minded and fair in this cases?

7.     Have you, any member of your family or close friend ever experienced what you considered to be unfair treatment by law enforcement officers?

      a.      What happened?

      b.      How would that experience affect your ability to be an open-minded and fair juror?

8.     This case was investigated by the United States Postal Inspector's Office. Have you, any member of your family, or any of your close friends had any contact, pleasant or unpleasant, with this agency?

9.     Have you, any member of your family or any close friend ever been party to a dispute or legal action with the United States government or any of its officers, agents or employees, or had any interest in such dispute or legal action?

      a.      What happened?

      b.      Was there anything about that proceeding that you found upsetting or troubling?

10.    Have you or any close friends or relatives been arrested for or been a victim of a crime within the last 10 years?

     a.    What happened?

     b.    Would such an experience make it difficult for you to be an open-minded and fair juror?

11.    Has any member of the jury panel ever served as a juror in the trial of a criminal case?

    If yes:

     a.    Did the jury reach a verdict in the case?

     b.    Was there anything about your experience as a juror that would affect your ability to be a fair and impartial juror in this case?

12.    Has any member of the jury panel ever served as a grand juror?

    If yes:  Was there anything about your experience as a grand juror that would affect your ability to be a fair and impartial juror in this case?

13.    Do any of you suffer from any type of physical ailment which would make it extremely difficult or inconvenient for you to sit as a juror in this case?

14.    Would jury service by you in this case at this time unduly interfere with your personal or business affairs?

15.    Do any of you need to take any medication that might cause drowsiness or otherwise make it difficult for you to remain alert and attentive during these proceedings?

16. Is there any member of the jury panel who has any moral, religious or philosophical convictions which would make it difficult to pass judgment on another person or to render a judgment in this case based solely upon the evidence presented during the trial?

17. Will you be able to follow the law that I give you even though you may not agree with it? (e.g. Suppose that after hearing my instructions you decide that you do not like them and do not agree with them. Will you be able to follow them even though you disagree with them?) Do you understand that upon being selected for jury service you will take an oath to follow and abide by the law as I give it to you?

18. Is there any other reason which may not have been touched upon by the Court in its questions to you which might affect your ability to act as a fair and impartial juror for each side of this case?

//

//

//

//

RESPECTFULLY SUBMITTED this 1<u>st</u> day of May, 2006, in Anchorage, Alaska.

          DEBORAH M. SMITH
          Acting United States Attorney

          s/ Retta-Rae Randall
          Assistant U.S. Attorney
          Federal Building & U.S. Courthouse
          222 West Seventh Avenue, #9
          Anchorage, Alaska 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, a copy of the foregoing was served electronically on Michael Dieni.

s/Retta-Rae Randall