Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>    Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>MOTION IN LIMINE RE POLYGRAPH EXAMINATION, *filed on shortened time.* |

    Defendant, Holly Matson, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order excluding any evidence pertaining to the taking of a polygraph examination.  On January 21, 2004, a Postal Agent allegedly administered a polygraph test to Ms. Matson.  Ms. Matson seeks an order excluding any evidence pertaining to the polygraph test.

    To date, the government has given notice that the government might seek to admit portions or all of the interview that accompanied the test.  So far, however, the government has indicated that it will not seek to introduce any mention of the existence of the test itself.  This motion and the attached order is submitted to make sure that care is

taken to assure that no aspect of the fact of the test itself is introduced into evidence.

This motion is submitted pursuant to Fed. R. Evid. 702, 704(b) and 403. In essence, Ms. Matson disputes the reliability of the test. Fed. R. Evid. 702. In addition, she submits that questions pertaining to her mental state are inadmissible in any event pursuant to Fed. R. Evid. 704. Finally, the potential prejudice is substantially outweighed by any potential probative value. Fed. R. Evid. 403. *See also United States v. Ramirez-Robles*, 368 F.3d 1234 (9th Cir. 2004).

These evidentiary rules also incorporate Ms. Matson Constitutional right to a trial made up of competent evidence (Fifth Amendment, Due Process) and a Fair and Impartial Jury (Sixth Amendment).

DATED this 1st day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni