UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>           Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>~~PROPOSED~~<br>ORDER REGARDING<br>POLYGRAPH EXAMINATION |

After due consideration of defendant's Motion in Limine re Polygraph Examination, for good cause shown, it is hereby ordered that neither plaintiff nor defendant may introduce any evidence or make any mention of the existence of a polygraph test. Both plaintiff and defendant are directed to alert any applicable witnesses of the contents of this order.

DATED this 2 day of May, 2006, in Anchorage, Alaska.

                                                */s/ Ralph R. Beistline*<br>
                                                Ralph R. Beistline<br>
                                                United States District Court Judge