Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>            Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>NOTICE OF INTENT TO USE THE COURT'S DIGITAL EVIDENCE PRESENTATION SYSTEM |

        Defendant, Holly Matson, by and through counsel Michael Dieni, Assistant Federal Defender, gives notice of her intent to use the court's Digital Evidence Presentation system during her trial, scheduled for May 8, 2006, at 8:30 a.m.

///

///

///

///

///

///

DATED this 4th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 4, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni