Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>    Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>MOTION IN LIMINE RE BANKRUPTCY PETITION |

   Defendant, Holly Matson, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order excluding Ms. Matson's 2004 bankruptcy petition from evidence. This motion is based upon Fed. R. Evid. 401, 403, and 404. This motion is supported by the Ninth Circuit case *United States v. Mitchell*, 172 F.3d 1104 (9th Cir. 1999).

   In summary, the Ninth Circuit has ruled that in general a defendant's dire economic circumstances is not admissible to prove theft. Therefore, evidence of difficult economic circumstances has ruled to be more prejudicial than probative and excluded from evidence.

In the present case, the bankruptcy petition was filed six months after the alleged criminal conduct. For that reason alone, it is not relevant, even if difficult economic circumstances was admissible as evidence.

DATED this 8th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni