UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>                   Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>PROPOSED<br>ORDER RE BANKRUPTCY<br>PETITION |

After due consideration of defendant's Motion in Limine re Bankruptcy Petition, the motion is GRANTED. All evidence regarding Ms. Matson's 2004 bankruptcy petition is hereby excluded.

DATED this ____ day of May 2006 in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge