Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>                Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>**REQUEST FOR JURY INSTRUCTION REGARDING UNANIMOUS JURY**<br><br>***(Filed on Shortened Time)*** |

        Defendant, Holly Matson, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a jury instruction pursuant to the Ninth Circuit Model Jury Instruction No. 7.9.

        The need for unanimity instructions may arise in any case in which there is a genuine possibility of jury confusion. *U.S. v. Echeverry*, 719 F.2d 974, 975 (9th Cir. 1983). In particular, the potential for jury confusion exists when (1) the evidence is factually complex, (2) there is a discrepancy between the evidence and the indictment, (3) the indictment is broad or ambiguous, (4) a jury question indicates that it may be confused, or

(5) some other particular factor creates such possibility of confusion.  *See*, commentary to Ninth Circuit Model Jury Instruction No. 7.9.  *See*, attached, Instruction D.

DATED this 10th day of May 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on May 10, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni

**INSTRUCTION NO. D**

A jury in a federal criminal case cannot convict unless it unanimously finds that the government has proved each element of the offense charged, with all of you agreeing as to a specific fact or set of facts proving beyond a reasonable doubt that Holly Matson stole, embezzled or converted to her own use or others' use blank money orders with the intent to deprive the postal service of the use or benefit of the money orders.