IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

HOLLY MATSON,

         Defendant.

Case No. 3:05-cr-0100-RRB

**VERDICT**

    We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, HOLLY MATSON, _Guilty_ (Guilty or Not Guilty) of the crime of Theft of Postal Money Orders, as charged in Count 1 of the Indictment.

    ENTERED this 11 day of May, 2006.



**REDACTED SIGNATURE**

FOREPERSON