(Rev 5/06)                    **LIST OF EXHIBITS**

---

Case No. 3:05-cr-00100-RRB                Judge: **RALPH R. BEISTLINE**

Title    U.S.A.
         vs.
         HOLLY MATSON

Dates of Hearing/Trial: 5/8/06 thru 5/11/06

Deputy Clerk/Recorder: Robin M. Carter

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| ~~Retta-Rae Randall~~ Tom Bradley | Michael Dieni |
| | |
| | |

-------------------------------EXHIBITS-------------------------------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1a | ✓ | 5/8 | money vouchers | A | ✓ | 5/9 | diagram |
| 1b | ✓ | 5/8 | " " | B | ✓ | 5/9 | Jack's place    photo |
| 1c | ✓ | 5/8 | " " | C | ✓ | 5/9 | Jack's place    photo |
| 1D | ✓ | 5/8 | " " | D | ✓ | 5/9 | " "    photo |
| 1e | ✓ | 5/8 | " " | e | ✓ | 5/9 | " "    photo |
| 1f | ✓ | 5/8 | " " | f | ✓ | 5/9 | Inside post office  photo |
| 2 | ✓ | 5/9 | PSForm 3294 audit summary | G | ✓ | 5/9 | " "    photo |
| 3 | ✓ | | 12/30/03 matson statement | H | ✓ | 5/9 |    photo |
| 4 | ✓ | | 1/21/04 matson statement | I | ✓ | 5/9 |    photo |
| 5a | ✓ | 5/8 | copy of money order | J | ✓ | 5/9 | hallway to store  photo |
| 5b | ✓ | 5/8 | " " | K | ✓ | 5/9 |    photo |

(Rev 5/06)

Cumulative List of Exhibits

Page: 2

Case No: 3:05-cr-00100-RRB    Judge: RALPH R. BEISTLINE

| \multicolumn{4}{c|}{PLAINTIFF} | \multicolumn{4}{c}{DEFENDANT} |

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|------|----|----|------------------------|------|----|----|------------------------|
| 5c | ✓ | 5/8 | copy of money order | L | ✓ | 5/9 | photo |
| 5d | ✓ | 5/8 | " " | M | ✓ | 5/9 | photo |
| 5e | ✓ | 5/8 | " " | N | ✓ | 5/9 | photo |
| 5F | ✓ | 5/8 | " " | A-1 | ✓ | 5/10 | diagram - (poster board) of ExA |
| 6 | ✓ | 5/9 | envelopes w/ money vouchers | | | | |
| 6a | ✓ | 5/9 | " " | | | | |
| 6b | ✓ | 5/9 | " " | | | | |
| 7 | ✓ | 5/9 | spread sheet | | | | |
| 8 | ✓ | 5/9 | audit summary 5/14/01 | | | | |
| 9a | ✓ | 5/9 | summary of exhibit 5 by date | | | | |
| 9b | ✓ | 5/9 | summary of exhibit 5 by name | | | | |
| 9c | ✓ | 5/9 | summary of exhibit 5 | | | | |
| 10 | ✓ | 5/9 | Port Heiden contract | | | | |
| | | | | | | | |
| 12 | ✓ | 5/9 | Blank postal money order | | | | |