256



Holly and Hank Matsons residence, March 2006.