# DISCHARGE SUMMARY

DATE OF ADMISSION: 11/05/98
DATE OF DISCHARGE: 11/07/98

ATTENDING PHYSICIAN:

DATE OF BIRTH: 09/07/49

DISCHARGE DIAGNOSES:
1. Stroke with left arm and left leg apraxia.
2. Mild hyperlipidemia.
3. Smoker.

PROCEDURES:
1. Head MRI scan.
2. Echocardiogram.
3. Carotid duplex scan.

SUMMARY: This 50-year-old male was transferred from the Soldotna Emergency Department for evaluation of possible stroke. The patient was well until 11/04/98, when he suddenly developed left-sided weakness, apraxia of his left upper extremity, left facial droop, slurred speech, and dizziness with nausea. He was brought to the emergency department, where his vital signs were normal. He was alert and oriented, and his neurologic deficit at that time was apraxia of the left upper extremity and drift of the left upper extremity and slight decrease in strength on the left lower extremity. CT scan was negative. Labs were normal. He was given aspirin, oxygen, IV fluids, and transferred here. The patient had noted no vertigo, but he was unsteady. He also denied any paresthesias. Note also that the patient had experienced "night sweats" with some weight loss in the past one-to-two months, but these symptoms had resolved, and he recently had been eating well.

MEDICATIONS: None.

ALLERGIES: None.

SOCIAL HISTORY: Married.

HABITS: Episodic alcohol binges but none recently. He smokes one pack per day.

PAST MEDICAL HISTORY: Alcohol abuse, bronchitis, positive PPD, for which he had taken one year of INH.

PAST SURGICAL HISTORY: ORIF of left ankle fracture, 1984.

ADMISSION PHYSICAL EXAMINATION: Blood pressure 123/85. Pulse 80. Temperature afebrile. General: In NAD. HEENT: Wears glasses, full EOM, PERRLA. Hearing is intact. Speech is entirely normal.

NOV 23 1998
HEALTH INFORMATION SERVICES

MATSEN, HENRY
Port Heiden
Alaska Native Medical Center
Anchorage, AK

# 85-61

MEDICAL RECORD #
02-73-88

DISCHARGE SUMMARY    -    PAGE 2
DATE OF ADMISSION:    __/05/98
DATE OF DISCHARGE:    11/07/98

Neck negative; no bruits. Cor: NSR; no murmurs. Lungs clear. Abdomen soft, nontender, obese. Extremities: No clubbing, cyanosis, or edema; normal pulses. Rectal: No mass. Neuro: Alert and oriented x 3; no nystagmus; left-handed male. DTRs are 2+ and equal. Toes are downgoing bilaterally. Sensory is intact. Strength is 5/5 bilaterally. Cerebellar function is abnormal in that there is slight apraxia on finger-to-nose on the left upper extremity and a slight apraxia on the toe movement of the left lower extremity. Also, there is abnormality of the rapid alternating movements of the left upper extremity. Romberg is positive. Gait is wide-based and ataxic. Handwriting done with the left hand shows a widened and slow handwriting style.

LABORATORY DATA: White count 8800, platelets normal, hematocrit 37.3, MCV is 92. Chem-7 is normal. Liver function tests normal. Urinalysis negative. EKG is normal, except for mild lateral T wave flattening. Chest x-ray is normal.

HOSPITAL COURSE: The patient was admitted to the hospital and given 24 hours of IV fluids and oxygen. He was continued on aspirin therapy. An MRI scan of the brain was obtained and showed only minimal ischemic changes of the deep white matter without a specific infarct noted in the cortex, subcortex, or in the cerebellum. No hemorrhage lesions were noted, either. Echocardiogram was unremarkable with mild left atrial enlargement, normal LV function, and slight calcification of the aortic valve. A carotid duplex scan was normal. Lipid profile revealed a cholesterol of 245, HDL 25, triglycerides 423, and, therefore, the LDL could not be measured.

The patient was advised to discontinue smoking, which he did begin at this hospital stay. He was offered nicotine patches and Zyban, but he chose to think about this and was considering the "cold turkey" method. The patient was also counseled on a low-fat diet. He was also started on atorvastatin to control the hyperlipidemia. The patient was evaluated by physical therapy, and they set up outpatient appointments for the patient to undergo further physical therapy during the next one week.

On the day of discharge, the patient's handwriting had improved slightly to where it was more fluid, although it remained widened. His apraxia had improved to the point where his finger-to-nose was slightly faster, and the rapid alternating movements was improved. His Romberg had resolved. His gait was still slightly wide-based and ataxic. He will be ambulating for the time being with a walker.

**MATSEN, HENRY**
Port Heiden
Alaska Native Medical Center
Anchorage, AK

**MEDICAL RECORD #**
02-73-88

Exhibit B
Page 2 of 5

DISCHARGE SUMMARY   PAGE 3
DATE OF ADMISSION: 11/05/98
DATE OF DISCHARGE: 11/07/98

In summary, this patient appears to have had a stroke with resultant left arm and leg apraxia. It is improved some. He also had an episode of slurred speech, which resolved, and some dizziness, which also resolved. The MRI scan did not show a specific lesion but only showed ischemic changes. This may need to be repeated in the future.

The patient's risk factors include smoking and hyperlipidemia.

DISCHARGE INSTRUCTIONS:
1. Atorvastatin 10 mg p.o. q.d.
2. ASA 162 mg p.o. q.d.
3. Low-fat diet.
4. Low-sodium diet.
5. The patient was advised to lose weight.
6. Followup with physical therapy this next week for daily physical therapy.
7. Followup in my clinic in internal medicine in one week.


SW/067 #12860   /
D: 11/07/98  T: 11/12/98

cc: Bristol Bay Area Service Unit
    HA Port Heiden

Steven Westby, M.D.

**MATSEN, HENRY**
Port Heiden
Alaska Native Medical Center
Anchorage, AK

**MEDICAL RECORD #**
02-73-88

Exhibit B
Page 3 of 5

# ALASKA NATIVE
# MEDICAL CENTER

### CARDIOLOGY CLINIC NOTE

DATE OF VISIT: 1/14/2002

This is a follow up visit for this 53 year-old male with the following problems:

1. Acute anterolateral myocardial infarction with post-infarction angina.
   A. Catheterization 12 31/2001 showing EF 45 percent, 75 percent mid LAD, 80 percent OM-1, 70 percent distal circumflex, totally occluded RCA.
   B. Bicuspid aortic valve mild stenosis, trace aortic insufficiency.
   C. CABG 1/7/2002: IMA to LAD, SVG to OM-1, SVG to PDA.
2. Gout.
3. Hypertension.
4. Hyperlipidemia.
5. Transient left sided neurologic deficit with apraxia in 1998.
   A. MRI showed small vessel ischemic changes, no focal lesions.
   B. Carotid duplex 1/2/2002 showing 0-29 percent ICA stenosis bilaterally.
6. Retinal artery match occlusion 7/2000.
7. Adenomatous polyps in the colon removed endoscopically 5/2000.

CURRENT MEDICATIONS:
1. Colace 100 b.i.d.
2. Aspirin 325 q.d.
3. Oxycodone two every four hours.
4. Allopurinol 300 q.d.
5. Lopid 600 b.i.d.
7. Atenolol 25 q.d.
8. Temazepam p.r.n.
9. FES-04 325 b.i.d.
10. midodrine 5 p.o. t.i.d. until 1/28/2002.

SUBJECTIVE: Mr. Matson is making progress post CABG. He is eating well. No shortness of breath or chest pain. He is beginning to ambulate more. He has some swelling in the left leg from the vein graft harvest. He has some problems with constipation and a little bit of difficulty voiding. No cough, fever, chills.

OBJECTIVE: He looks a little bit weak, but basically doing fairly well. Blood pressure 110/62, pulse 72, weight 226 pounds. JVP unremarkable. Carotid pulse normal with no bruits. Normal upstroke. LUNGS: There are some crackles in both bases. Breath sounds symmetric. No dullness. Sternotomy incision is healing well. LV impulse not palpable. S1 and S2 normal. Ejection sound at

---

MATSON, HENRY
MR #27-38-8

DOB: 09/07/1949

RESIDENCE:
PHYSICIAN: Peter M. Bapin, M.D.

COPY

FROM : JACKS Case 3:05-cr-00100-RRB   Document 70-3   Filed 07/13/2006   Page 5 of 5
PHONE NO. : 907 837+2227   Jul. 13 2006 02:57PM P5

PAGE 2

apex. No S3 or S4. Grade I to II midsystolic murmur at the left sternal edge. No diastolic murmur. ABDOMEN: Shows intact bowel sounds. No tenderness or mass. Healing mediastinal drain sites. EXTREMITIES: Show healing vein graft incisions in the thigh and leg on the left, 1+ edema on the left. Electrocardiogram today shows some nonspecific anterolateral T-wave changes, not significantly different from the preop tracing.

IMPRESSION: The patient appears to be recovering well from CABG. No significant complications at this point. He is on Midodrine presumably to keep him from getting orthostatic blood pressure drop, and is asymptomatic from that standpoint. His pain appears to be controlled. He is on a appropriate therapy with aspirin and beta blocker and lipid-altering agent. I don't think he needs an Ace inhibitor at this point given his lowish blood pressure.

PLAN: The patient does not appear quite strong enough to go back to Port Heiden, so I will ask him to stay in town (he is staying with his brother, phone number 563-0910) for another few days and check him next week. I did ask him to wear his support stockings for a couple of months postoperative.

PMS/180/#6562
D: 01/14/2002 T: 01/15/2002
cc: HA Port Heiden
    Bristol Bay Area Service Unit Clinical Director

Peter M. Sapin, M.D.

---

**MATSON, HENRY**
MR #27-38-8
DOB: 09/07/1949

**RESIDENCE:**
**PHYSICIAN:** Peter M. Sapin, M.D.