Dear Judge Beistline,

My name is Orville Lind, born raised in the village of Chignik Lake Alaska. Pop. 130 souls. I married Helene M. Carlson who is a close friend of Holly. I also knew her since 1979. My wife Helene grew up with Holly, what has happened is a total shock. Holly is a gentle spirit who has been a church going person as we know her. A very hard worker who we never have seen her angry. She always says Hi with a smile. We have never seen her or heard of her drinking or get in any kind of trouble. She is a special person in our eyes and hearts.

As Mayor of Port Heiden in 1980 to 1983, I saw her involved in our city and school programs and activities. As also a community health rep. I organized and conducted many children games and dances. She volunteered as a helper and even joined our local dancing lessons in the evenings. Her childrens health & welfare was always first as we witness her mothership with her family. Her family comes first after her faith. She possessed a true heart and will have a really hardtime without her family. She is a village person, we worry about her surviving the time away. We will pray for her and her family.

I really feel that she was caught in actions

Exhibit C
Page 1 of 2

NOT IN HER CONTROL. AS A FELLOW CHRISTIAN I AM SURE, HER FAITH WILL NEVER TAKE ANYTHING AWAY BUT GROW STRONGER THRU OUR BELIEFS.

THOSE WHO CHOOSE NOT TO TELL THE TRUTH WILL HAVE TO FACE THEIR TRAIL OF LIFE SOMEDAY, FACE THE ONLY ANSWER TO FREEDOM.

ORVILLE E. LINN
907 246-4014 (HM)
907 246-1202 (WK)

Exhibit C
Page 2 of 2