June 10, 2006

Dear Judge Beistline,

I have been asked to write a letter regarding Holly Matson, which I am happy to do.

I am an itinerant Pastor (traveling and ministering regularly in AK. villages), as well as a builder and construction worker. I have a family of four grown children, and three grandchildren.

My wife and I have known Holly for well over 20 years. We lived in her village of Port Heiden from 1979 – 1985, and were her Pastor then, and continue to relate to her over the years. During the six years we lived and ministered in Port Heiden Holly was very faithful to come to church. Small villages tend to have small response to our ministry, and there were many times when only one or two would show up for church. If only one came, it was usually Holly. In other words I know her as a woman who had a heart after God, wanted to do right, and who was trying to be faithful, even when it wasn't popular. She was conscientious and sincere about her life.

Holly, like the rest of us, was not and is not perfect, as her carelessness regarding her job at the Post Office has shown. I am quite sure however that it was not intentional, and that she was and is not being dishonest about what happened. Naïve and careless - yes, but dishonest or malicious? I don't think so!

Ever since this matter came to attention several years ago, I have heard her consistently express the same acknowledgment of her carelessness about how she handled her job, and a willingness to take responsibility for that failure. That is what I would expect of any honest person. I admire her for that honesty, and for her courage to take personal responsibility for her actions.

Our hope and prayer is that she will be given a very positive way to right whatever wrong she has actually done.

Thank you for hearing me. You and she both will be in our prayers as you consider her sentence.

God give you his wisdom for this and other cases you deal with.

Respectfully and sincerely,


Daniel E. Buckwalter

*Daniel E Buckwalter*