, 29, 2006

ar Judge Beistline

I am writing this letter on behalf of Mrs. Holly Matson. First of all, my name is ,arlene Christensen. I am a former resident of Port Heiden, AK. For the past 6 years I worked for the Native Village of Kalskag as an Indian Child Welfare Specialist. Currently I am residing in Fairbanks where I am attending UAF and majoring in Social Work. I have been married for 16 years and have 3 children.

I have been privileged to know Holly since February 1990. I have seen her work, dedication and love for her community. As you should know, Port Heiden is a small village in Bristol Bay. We had one store, 1 post office and one gas station. The basic needs of life are very expensive and we often have to order our food and living items from Anchorage. The majority of the residents live a subsistence lifestyle while jobs are few and scarce. Many times we "borrow" items from other friends and families until our supplies arrive in the mail. Holly Matson has a good compassionate heart. I have seen her extend her own belonging to people who are in need. She has good morals and good intentions. Unfortunately as we try to assist individuals, we often make bad decisions that lead to trouble. I'm not saying that her actions were justified but I know she didn't have intentions of being dishonest.

In conclusion, I am asking that your judgment reflect mercy to Holly and her family. Thank you for hearing me.

Sincerely,

*Darlene Christensen*
Darlene Christensen