

**Native Council of Port Heiden**
**PO Box 49007**
**Port Heiden, Alaska 99549**
**907-837-2296    907-837-2297 (fax)**

June 21, 2006

Federal Public Defender
The District of Alaska
601 Fifth Avenue, Suite 800
Anchorage, Alaska 99501

Dear Judge Beistine;

I am writing this letter on behalf of the Native Council of Port Heiden as a character reference for Holly Matson. The Native Council of Port Heiden is the governing body for our community. Holly has been an honorary member of our Tribe since its inception. She has resided in Port Heiden for the past 38 years.

Holly attended elementary school in Port Heiden and continued throughout high school. Holly and Henry Matson Jr. married and remained in our community with their son's Jeremy and Timothy. Mr. Matson has served on both the Tribal and City council's and has served as both President and Mayor.

Holly is an upstanding citizen who has made many contributions that have positively impacted our Village. Holly is a long time member of our local charity and has volunteered much of her time for this organization. One of her positions in our charity is assisting with fund raisers. One of her role's as a member is being in charge of distributing raffle tickets, collecting the funds and depositing the proceeds. She is so trusted in this role that many other communities have entrusted their raffle tickets to Holly. These communities include the following: King Salmon, Egegik, Pilot Point, Chignik Lake, Chignik Lagoon, Chignik Bay and Perryville.

Holly never fails to participate in community events. She is trusted and well respected throughout Port Heiden. Her sons are both adults at this time, but throughout their child hood years her home was always filled with children who enjoyed spending time with Holly's family.

Your Honor, thank you for your time and consideration with this matter.

Sincerely,

_____
Annie Christensen
President

_____
Jens Carlson
Vice President

_____
Delores Anderson
Treasurer

_____
C. Lynn Carlson
Council Member

_____
John Christensen
Council Member