# JACK'S
# NEW MESHIK MALL

P.O. BOX 49110
PORT HEIDEN, AK 99549
PHONE 907-837-2217  FAX 837-2227
EMAIL jacksmall@gci.net

June 29, 2006

Dear Judge Beistline,

    My name is Jack Welbourne; I have lived in port Heiden since 1971, 35 years.
    I own a General Store, Gift Shop and Hardware Store; I also have a Bed and Breakfast in Port Heiden.
    I have also been in several types of other business's over the last 60 years and consider myself a pretty good judge of people and their character as I have employed quite a few in that length of time.
    I have known Holly Matson since she moved here in 1974.
    In 1987 I added a building on the store for the post office. Holly was the Postmistress then and continued up until these charges came up.
    She has worked for me here in the store since 1997. She is very dependable, reliable and "Honest". She handles quite a bit of cash going through the register and I have had several thousand dollars she has had access to for cashing checks and making change. I have never had any shortages or problems in all these years.
    Holly does not have any bad habits whatever. She has been a good homemaker and raised two boys to adulthood. She is a favorite with her nieces, nephews and grandchildren.
    I don't know the circumstances for the charges against her. All I can say it had to have been an unintentional or honest mistake.
    I really don't believe any type of confinement would benefit anyone.
    In closing, I and I believe anyone here in village would vouch for Holly's honesty and integrity and good character.

Sincerely,

*Jack Welbourne*

Jack Welbourne