6/20/06

Dear Judge Beistline,

My name is Billie J. Christensen I am 31 years old. I am the Community Health Aide here in Port Heiden. I have been the Health Aide here since 1996.

I have known Holly all my life, she is my closest friend and my sister.

Ever since I have lived in Port Heiden I have seen her work so hard to provide for her family. She works full days usually until 6pm every day and if there is a community event going on such as a fund raiser or a potluck she will find the time to make something and go the event to support our community. Holly will also be out helping friends and neighbors take care of fish during the summer because they have too many fish or they are too tired to do it by themselves. It never matters if she has been working all day and she is tired herself, she always puts others first.

I have always looked up to Holly she has always been there for me in any time of need. She is one of the only people in my life that I trust fully. I know that when I need someone to talk to or lean on that she would be right there by my side no matter what was going on with me. My children love to be around her they go to her house to visit all the time. My youngest child is 5 years old and for him to want to be around some one with no other children in the house that tells me a lot. Holly is a wonderful person that always looks on the bright side of things and is a joy to be around. I am currently waiting the arrival of my forth child and I want Holly to be as involved in this child's life as she has been with me and my other three children.

Thank you for taking the time and consideration to listen to what I had to say.

Sincerely,

*Billie Jo Christensen*

Billie J. Christensen