6-19-06

Dear Judge Beistline,

My name is Nina C. Shellikoff maiden name Nina C. Christensen. Better known as "Christy." I was born in Kanakanak hospital in Dillingham and raised in Port Heiden.

I've known Holly from childhood. We grow-up together and went to school from 1st grade till we graduated High School.

I've know Holly to be a very honest Christian Lady. She always has a smile and always willing to to help you when you need it. I've never known her to lie or steal or even hurt anyone. I trust her with my life. She is a good honest and trusting friend. A very good mother that raised her children right.

Nina C. Shellikoff
P.O. Box 27
Nelson Lagoon, Ak. 99571

Exhibit I
Page 1 of 1