**Welbourne Services Unlimited**
P.O. Box 49077
Port Heiden, AK 99549
(907) 837-2429
Marc31950@gci.net

June 1, 2006

Dear Judge Beistline,

My name is Marc H. Welbourne, I am currently the Mayor of Port Heiden, I have the contract with D.O.T. for ARFF and I also manage the Jacks New Meshik Mall for my father Jack Welbourne.

I met holly Matson when I move to Port Heiden in the spring of 1992. She was the post master. In early 1994 she started working at the store as a clerk.

Holly has a very cheerful, caring and outgoing personality; she finds it very easy to interact with people of all ages and personalities, and she gets along with everyone she encounters. She fails to see the bad side to anyone. I believe this is part of her Christian up bringing.

As an employee at the store part of Holly's job is working with large sums of cash and credit card information on our customer accounts. As an employee, she is there when need and is always on time. She is one of the most if not the most honest people I know, she is very conscientious and dependable person, not just an employee I consider her a friend.

She leads a quite life style, she enter acts with friends and family in a way that today's life style sees very little of.

We live a small village and there is always rumors going around about this person and that person, however I have never heard any concerning Holly.

This problem was brought to our attention in late December 2003, as her employer we have never had any concerns or doubts in regards to her trust worthiness or honesty.

Even with her legal problem she has a positive attitude and outlook, she is a valued employee and friend.

If we were to loose Holly as an employee, it would be very hard to replace her and would be missed by customers and coworkers.

Sincerely,

*[signature: Marc H. Welbourne]*

Marc H. Welbourne
Welbourne Ser. Unlimited