7-19-06

Dear Judge Beistlin

My name is Holly Matson. I live in Port Heiden Alaska and have most of my life. I was found guilty of stolen money orders in May 2006, and will be sentenced on July 20th 2006.

I have been married to Hank Matson for 28 years. We have one step daughter and two grand sons. We have two sons of our own Jerry age 28 and Timothy age 23. I have worked to have a good home and raise my children right with has not always been easy.

I am really concered about my family I see what all of this is doing to them and it breaks my heart.

Hank has been though so much over the last few years I don't know how much more his poor heart can take. He has had two strokes a heart attack and a triple bye pass surgery. Hank is also a recovering alcoholic and goes in to depression easily.

I am really worried what will happen to him if I have to go away. I have always taken care of our home our payments and him. Hank was a commercial fisherman for many years. But now it is to hard for him. He does odd jobs her + there but there is not alot he can do.

Your Honor I am so sorry for this, and I will work very hard to pay the government back.

Thank you for you time

Kelly Malster