Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>MOTION TO RECONSIDER SELF-REPORT, filed on shortened time |

　　　　Defendant, Holly Matson, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order releasing Ms. Matson and allowing her to self-report to the designation prison facility.  This motion is made because it appears that Ms. Matson's current custodial status will jeopardize this court's recommendation for Ms. Matson to serve her sentence at the camp at Dublin.

　　　　At sentencing, this court recommended that Ms. Matson serve her sentence at the camp at Dublin.  For sure, her custody status will be minimum security and she will be eligible on paper.  To get there, in custody, however, means that she will stop in Seattle while her security and designation is determined.  It is well-known among lawyers

practicing criminal defense in federal court that Sea-Tac FCI is the default facility for Alaska females serving sentences less than 15 months.  This is so, even though Sea-Tac is rated higher than minimum security.  Absent this court's recommendation, the Bureau of Prison's would undoubtedly have designated Ms. Matson for Sea-Tac, even though her security status would warrant more lenient treatment.

Undersigned counsel directed an e-mail to staff at Sea-Tac to try to determine whether the designation personnel would honor this court's recommendation.  The answer received was uncertain, with the comment that it was "possible" that Ms. Matson would serve her entire sentence at Sea-Tac due to the relatively short length of the sentence.

Though the e-mail did not say, it is fairly obvious that resources will play a role here.  It is simply easier and less expensive for the Bureau of Prisons to leave Ms. Matson at Sea-Tac rather than transfer her to Dublin.

The stakes for her are high.  Sea-Tac FCI was built to be a maximum security pretrial facility.  Though it has been designated as "low security" for some female prisoners, the basic character of the institution has not changed.  It houses the worst with the best the same, which means that Ms. Matson's worst fears about how rough and violent a prison can be will be realized.

Ms. Matson is quite willing to pay her own way to do her time.  She requests the opportunity to do so.

///

///

DATED this 28th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on July 28, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni