UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOLLY MATSON,<br><br>　　　　　Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>PROPOSED<br>ORDER RELEASING<br>DEFENDANT AND SELF-<br>REPORTING TO DESIGNATION<br>FACILITY |

　　　　After due consideration of defendant's Motion to Reconsider Self-Report, the motion is GRANTED. Ms. Matson shall be released immediately. Ms. Matson is directed to maintain contact with the United States Marshals Service for the purpose of transporting herself to the prison facility designated by the Bureau of Prisons to serve her sentence. She is further ordered to transport herself to the designation prison at her own expense as requested to do so.

　　　　DATED this ____ day of _____, 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　United States District Court Judge