Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>        Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>AFFIDAVIT OF COUNSEL |

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

      Michael Dieni, being first duly sworn upon oath, deposes and states:

      1.    I am the attorney appointed to represent defendant in the above-captioned case.

      2.    The Federal Defender for the District of Alaska maintains regular contact with prisoners and staff at Sea-Tac FCI.

1

3. The representations in the attached motion are true and accurate based upon that experience and conversations with staff at Sea-Tac FCI.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Michael Dieni

SUBSCRIBED and SWORN to before me this 28th day of July, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

Notary Public in and for Alaska
My Commission Expires: 3/14/2007

Certification:

I certify that on July 28, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni

2