UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> HOLLY MATSON </u>

DATE:   <u> July 28, 2006  </u>   CASE NO.   <u> 3:05-CR-0100-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RE RECONSIDERATION**

---

The Court is in receipt of Defendant's Motion to Reconsider Self-Report (Docket 76). The Government has until the close of business on **Wednesday, August 2, 2006,** in which to file a response to Defendant's motion, after which the Court will take the matter under advisement.

ORDER RE RECONSIDERATION