DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
RETTA-RAE RANDALL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00100-RRB |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S |
| | ) | OPPOSITION TO |
| vs. | ) | MOTION TO |
| | ) | RECONSIDER SELF- |
| HOLLY MATSON, | ) | REPORT |
| | ) | |
| Defendant. | ) | |
| | ) | <u>Filed on Shortened Time</u> |

   The United States opposes the defendant's motion.  The motion is an improper attempt to interfere with the process used by the Bureau of Prisons to classify and designate inmates.  The Court of course can, and did in this case, recommend a facility.  However, the final decision is up to the Bureau, based on the availability of space.

The motion assumes, with no basis, that the Bureau will designate Matson to Dublin even if she agrees to self-surrender, and also assumes that the Bureau will not transfer her there from SeaTac.

This defendant's offer to "pay her way" to the facility is strange, given defense counsel's statement at the sentencing hearing that Matson would "pass the hat" to raise money for her self-surrender flight. She has a large restitution bill to pay, and the money would be better sent to pay down that debt.

There is simply no legal or equitable basis for this motion, and it should be denied.

RESPECTFULLY SUBMITTED this 31st day of July, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Thomas C. Bradley
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2006, a copy of the foregoing Government's Sentencing Memorandum was served electronically on Michael Dieni.

s/ Thomas C. Bradley