Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>                Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>NOTICE OF APPEAL |

        Notice is hereby given that defendant Holly Matson appeals to the United States Court of Appeals for the Ninth Circuit from the

        (X)    conviction only (Fed. R. App. P. 4(b)(1)(A))

        ( )    conviction and sentence

        ( )    sentence only (18 U.S.C. § 3742)

        ( )    order of restitution entered in this action.

        The sentence imposed was 1 year and 1 day incarceration, 3 years supervised release, a $100 special assessment, and $71,990.99 in restitution.

DATED this 1st day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on August 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

/s/ Michael D. Dieni