UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u> MATSON </u>

DATE: <u>  August 1, 2006  </u>       CASE NO.   <u>  3:05-CR-0100-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION TO RECONSIDER**

___

     Defendant's Motion to Reconsider Self-Report is hereby **DENIED.**

M.O. DENYING MOTION TO RECONSIDER