UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HOLLY MATSON,<br><br>                Defendant. | Case No. 3:05-cr-100-RRB-JDR<br><br>PROPOSED<br>ORDER GRANTING BAIL |

       After due consideration of defendant's motion on shortened time, the motion is granted.

       After due consideration of defendant's motion for bail pending appeal, the motion is granted.  Defendant shall be released on her personal recognizance.

       DATED this ____ day of _____, 2006, in Anchorage, Alaska.


                                            _____<br>
                                                   Ralph R. Beistline<br>
                                            United States District Court Judge