DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
RETTA-RAE RANDALL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00100-RRB |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S |
| | ) | OPPOSITION TO |
| vs. | ) | MOTION FOR BOND |
| | ) | PENDING APPEAL |
| HOLLY MATSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, United States of America, by and through its undersigned counsel, hereby files its opposition to defendant's motion for release pending appeal.  The motion should be denied, as the defendant has met neither prong of the relevant test permitting release.

The criminal code provides for mandatory detention after conviction and

pending appeal unless the defendant establishes by clear and convincing evidence **all** of the following:

    1) She is not likely to flee;

    2) She does not pose a danger to the community; and

    3) She is likely to prevail on appeal, resulting in reversal, a new trial, a sentence that does not include imprisonment, or a reduced sentence likely to be less than the time served pending appeal.

18 U.S.C. § 3143(b)(1)

The defendant may or may not be a danger to the community. Her long pattern of theft could be repeated. She appears unlikely to flee. She is, however, highly unlikely to prevail on appeal.

The arguments the defendant intends to raise were made to the Court, with no success. The theory is unsupported by case law, as evidenced by the absence of any in the motion. As to the jury instruction issue, the government asked the jury to only consider the amounts in the indictment, that is, the September-December money orders found during the audit.

The motion should be denied, as the defendant is unlikely to prevail on

appeal.

RESPECTFULLY SUBMITTED this 1<u>st</u> day of August, 2006.

                DEBORAH M. SMITH
                Acting United States Attorney

                s/ Thomas C. Bradley
                Assistant U. S. Attorney
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-1500
                E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2006, a copy of the foregoing Government's Sentencing Memorandum was served electronically on Michael Dieni.

s/ Thomas C. Bradley