UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   MATSON

DATE:   August 7, 2006         CASE NO.   3:05-CR-0100-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION FOR BAIL PENDING APPEAL**

---

The Court agrees that Defendant is not a "danger to the community" nor a flight risk. These factors explain, in part, the very lenient sentence she received. She has, however, been convicted of a felony and stole over $74,000. She did this by misuse of money orders and abuse of a position of trust. She effectively embezzled, stole, and knowingly converted to her own use these money orders. There is no reason for her to avoid the sentence imposed for this conduct.

Therefore, Defendant's Motion for Bail Pending Appeal at Docket 82 is hereby **DENIED**.

M.O. DENYING MOTION FOR BAIL