UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals #   06-30441        U.S. District Court #   3:05-cr-0100-RRB

Short Case Title        United States v. Holly Matson

Date Notice of Appeal Filed by Clerk of District Court   8/4/06

RECEIVED
AUG 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
|  |  | VOIR DIRE |
| 5/8/06 |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
| 5/10/06 |  | CLOSING ARGUMENTS |
| 5/10/06 |  | JURY INSTRUCTIONS |
| 5/2/06 |  | PRE-TRIAL PROCEEDINGS Pretrial Conference |
| SEE ATTACHED SHEET |  | OTHER: |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered   8/22/06        Estimated Date for Completion _____

Signature of Attorney _____        Phone Number   646-3400

Address   Assistant Federal Defender
          601 West 5th Avenue, Suite 800
          Anchorage, AK  99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date _____

Section C - To Be Completed by Court Reporter

    Date Transcript Filed _____    Court Reporter's Signature _____

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 5/8-10/06 | | TESTIMONY OF ALL TRIAL WITNESSES |
| 5/8/06 | | MOTION IN LIMINE HEARING |
| 5/8-10/06 | | DISCUSSION OF JURY INSTRUCTIONS |
| 5/9-10/06 | | MOTION FOR JUDGMENT OF ACQUITTAL |