UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 3 1 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>HOLLY MATSON,<br><br>Defendant - Appellant. | No. 06-30441<br><br>D.C. No. CR-05-00100-a-RRB<br>District of Alaska, Anchorage<br><br>ORDER |

**RECEIVED**
NOV 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

In view of the relative brevity of the sentence being served, the court sua sponte expedites this case. This case shall be placed on the March 2007 calendar. No telephonic extensions of time to file a brief will be granted pursuant to Ninth Circuit Rule 31-2.2(a). Written motions for extensions of time are discouraged and will not be granted absent a showing of compelling circumstances.

The appellant's motion to stay briefing is denied without prejudice to the appellant filing a notice of court reporter default that complies with all provisions of Ninth Circuit Rule 11-1.2, as amended July 1, 2006.

The appellant is reminded that if a court recorder fails to timely prepare transcripts, the appellant should notify this court of the need to modify the briefing schedule by submitting a notice pursuant to Ninth Circuit Rule 11-1.2 within 21 days after the due date for the transcripts. The notice must indicate the date the transcripts were designated, the date when the voucher was approved, the dates of hearings for which transcripts have not been prepared, and the name of the recorder assigned to those hearings. 9th Cir. R. 11-1.2.

06-30441

The notice must be accompanied by an affidavit or declaration that describes the contacts the appellant has made with the court recorder and with the court recorder supervisor. A copy of the notice of default must be served on the court recorder supervisor at the district court. 9th Cir. R. 11-1.2, amended July 1, 2006.

In the absence of a renewed notice of court reporter default, the opening brief shall be due November 13, 2006. The answering brief is due December 13, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:<br>
CATHY A. CATTERSON<br>
Clerk of the Court<br>
<br>
Teresa A. Haugen, Deputy Clerk<br>
9th Cir. R. 27-7/Advisory Note to R. 27<br>
and 9th Cir. R. 27-10

promo 10.23