**FILED**

DEC 14 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-30441 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00100-a-RRB<br>District of Alaska,<br>Anchorage |
| v. | |
| HOLLY MATSON, | |
| Defendant - Appellant. | ORDER |

RECEIVED

DEC 18 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Recorder April Karper's motion for an extension of time to file the transcript is granted. The transcript for Court Recorder April Karper is now due December 27, 2006. This order does not waive the mandatory fee reduction. *See* Judicial Conference of the United States, *Report of the Proceedings* 10 (March 1982).

The transcripts were due September 21, 2006. Appellant states that as of November 2, 2006, the transcripts for the hearing of May 2, 2006, May 8, 2006, May 9, 2006, and May 10, 2006 have not been filed. However, the district court docket appears to reflect that the May 2, 2006, May 9, 2006, and May 10, 2006 transcripts were filed on November 28, 2006. Therefore the May 8, 2006 transcript remains outstanding.

No. 06-30441

     The district court docket indicates Court Recorder Robin Carter reported proceeding occurring on the noted date; the docket confirms appellant's representations regarding the recorder's default. Within 21 days hereof, Court Recorder Robin Carter shall file the transcripts, file a motion for an extension of time to do so, or inform the court, in writing, of any barriers to transcript production.

     If the recorder has previously filed transcripts for all of the hearings the recorder has reported or if the recorder was not assigned to any hearings for this case, the recorder shall inform this court and the Court Reporter Supervisor in writing.

     Appellant shall inform this court by letter within 35 days from the date of this order if the original transcripts have not been filed with the district court. Ninth Circuit Rule 11-1.2. In the absence of further information regarding an incomplete record, the following briefing schedule shall govern: The opening brief is due January 24, 2007; the answering brief is due February 21, 2007 and shall be served personally or by overnight mail; and the optional reply brief is due 7 days after the service of the answering brief.

     This order shall be provided to the reporter at the district court; a copy of this order shall be provided to Court Reporter Supervisor Ida Romack along with appellant's motion.

No. 06-30441

The appellant's motion to stay is denied as unnecessary.

In view of the relative brevity of the sentence being served, this case shall be placed on the April 2007 calendar.

                For the Court:

                CATHY A. CATTERSON
                Clerk of the Court

                Grace S. Santos
                Deputy Clerk
                Ninth Circuit Rule 27-7/Advisory Note to Rule 27
                  and Ninth Circuit 27-10

Pro 12.11